UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

_____

JILL BATES,
    Plaintiff,

v.

Case No. 2:17-cv-00346

PREMIER FINANCIAL CREDIT UNION,
    Defendant.
_____

## DEFENDANT'S DISCLOSURE STATEMENT
_____

The undersigned, counsel of record for Defendant Premier Financial Credit Union ("Premier"), furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

(1)    The undersigned counsel represents Premier.

(2)    Premier is a cooperative, nonprofit corporation. Premier does not have a parent corporation and there are no publicly held corporations owning 10% or more of its stock.

(3)    The name of the law firm whose attorneys will appear for Premier is identified in the signature block below.

Dated this 13th day of April 2017.

                        LITCHFIELD CAVO LLP
                        Attorneys for Defendant Premier Financial Credit Union

                        By: /s/ John L. Pollock
                              John L. Pollock
                              Wis. State Bar No. 1056541
                              13400 Bishop's Lane, Suite 290
                              Brookfield, WI 53005
                              (262) 784-9157
                              (262) 784-8812 (fax)
                              pollock@litchfieldcavo.com